| | |
|---|---|
| 1 | BROOKS R. BROWN (SBN 250724) |
|   | *BBrown@goodwinlaw.com* |
| 2 | W. KYLE TAYMAN (*pro hac vice*) |
|   | *BBrown@goodwinlaw.com* |
| 3 | **GOODWIN PROCTER LLP** |
|   | 1900 N Street, NW |
| 4 | Washington, DC 20036 |
|   | Tel.: +1 202 346 4000 |
| 5 | Fax: +1 202 346 4444 |
| 6 | Attorney for Defendants: |
|   | TERRA TECH CORP. and MEDIFARM, LLC |
| 7 | |
|   | ABBAS KAZEROUNIAN (SBN 249203) |
| 8 | *ak@kazlg.com* |
|   | MONA AMINI (SBN 296829) |
| 9 | *mona@kazlg.com* |
|   | **KAZEROUNI LAW GROUP, APC** |
| 10 | 245 Fischer Avenue, Unit D1 |
|   | Costa Mesa, CA 92626 |
| 11 | Tel.: +(800) 400-6808 |
|   | Fax: +(800) 520-5523 |
| 12 | |
|   | Attorneys for Plaintiffs: |
| 13 | MADELENE STANLEY and KATHERINE KELSCH |
| 14 | |
|   | [*ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK*] |
| 15 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| MADELENE STANLEY and KATHERINE KELSCH, individually and on behalf of all others similarly situated, | Case No. 8:21-CV-00022-JLS-DFM |
| | **NOTICE OF SETTLEMENT** |
| Plaintiffs, | Dept: 10A |
| v. | Judge: Hon. Josephine L. Staton |
| TERRA TECH CORP.; and MEDIFARM, LLC, | |
| Defendants. | |

Notice is hereby given that Defendants Terra Tech Corp. and MediFarm, LLC ("Defendants") and Plaintiffs Madelene Stanley and Katherine Kelsch ("Plaintiffs") (collectively, "the Parties") have reached, subject to the execution of a mutually-agreeable settlement agreement memorializing the agreed-upon terms, a settlement of Plaintiffs' individual claims in the above captioned action. (The putative class member's claims will be dismissed without prejudice.) The Parties request that all pending dates and deadlines in this matter be vacated while the Parties memorialize, execute and implement the terms of the settlement.

Pursuant to the Court's Procedures, the Parties expect to be able to finalize and file a Joint Stipulation of Dismissal With Prejudice of this action within 30 days.

Respectfully submitted,

Dated: April 29, 2021   By: /s/ *Brooks R. Brown*
BROOKS R. BROWN
bbrown@goodwinlaw.com
W. KYLE TAYMAN (*pro hac vice*)
BBrown@goodwinlaw.com
**GOODWIN PROCTER LLP**

AMANDA H. RUSSO (SBN 319617)
ARusso@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for Defendants:
TERRA TECH CORP. and MEDIFARM, LLC

Dated: April 29, 2021   By: /s/ *Mona Amini* *(with permission)
MONA AMINI
mona@kazlg.com
ABBAS KAZEROUNIAN
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**

Attorneys for Plaintiffs:
MADELENE STANLEY and KATHERINE KELSCH