**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MADELENE STANLEY and KATHERINE KELSCH, individually and on behalf of all others similarly situated,**<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>**TERRA TECH CORP.; and MEDIFARM LLC,**<br><br>　　　　　　　　　Defendants. | Case No. 8:21-CV-00022-JLS-DFM<br><br>**ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE OF THE INDIVIDUAL CLAIMS OF PLAINTIFFS MADELENE STANLEY AND KATHERINE KELSCH**<br><br>Dept:　　10A<br>Judge:　　Hon. Josephine L. Staton |

　　　Having considered the parties' stipulation for dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), whereby the parties have stipulated and agreed that Plaintiffs MADELENE STANLEY and KATHERINE KELSCH ("Plaintiffs") dismiss their individual claims in this action against Defendants TERRA TECH CORP. and MEDIFARM, LLC ("Defendants") with prejudice, with each party agreeing to bear their own attorney's fees and costs, and further stipulated and agreed that the claims of the putative class members in this action are to be dismissed without prejudice, IT IS HEREBY ORDERED:

1. Plaintiffs' individual claims in this action against Defendants are dismissed <u>with prejudice</u>;

2. The claims of the putative class in this action are dismissed <u>without prejudice</u>; and

3. Each of the parties in this action shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: May 21, 2021

_____
HON. JOSEPHINE L. STATON
U.S. DISTRICT COURT JUDGE